**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000746
02-OCT-2020
08:01 AM**

NO. CAAP-17-0000746

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9
MASTER PARTICIPATION Trust, Plaintiff-Appellee,
v.
PATRICK LOWELL VERHAGEN; PATRICK LOWELL VERHAGEN,
TRUSTEE OF THE PATRICK LOWELL VERHAGEN REVOCABLE
TRUST DATED OCTOBER 29, 1999, Defendants-Appellants,
and
WELLS FARGO BANK, N.A., Defendant-Appellee,
and
DOES 1 THROUGH 20, INCLUSIVE, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0147(1))


ORDER GRANTING IN PART MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Chan and Hiraoka, JJ.)


Upon consideration of the "Motion For Reconsideration of the Summary Disposition Order Entered on July 20, 2020" (**Motion for Reconsideration**) filed on August 7, 2020, by Plaintiff-Appellee U.S. Bank Trust, N.A., as Trustee for LFS9 Master Participation Trust (**U.S. Bank**),[1] and the record in this case,

---

[1]  On July 29, 2020, the court granted U.S. Bank's motion for an extension of time to file the Motion for Reconsideration.  The court has also entered orders suspending the time requirement under Rule 40(d) of the Hawaiʻi Rules of Appellate Procedure and extended the time to dispose of the Motion for Reconsideration until October 5, 2020.

IT IS HEREBY ORDERED THAT the court will grant the Motion for Reconsideration in part to address the Amended Judgment and the "Amended Findings of Fact and Conclusions of Law; Amended Order Granting Plaintiff's Motion for Summary Judgment and for Interlocutory Decree of Foreclosure" which were issued by the Circuit Court of the Second Circuit on October 8, 2018, during the temporary remand in this case.

DATED:  Honolulu, Hawaiʻi, October 2, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge